Index No. 07 CIV. 8601

**EDWIN DEZPHO**

Plaintiff(s) Petitioner(s)

against

**SONOMA CALIFORNIA CAFE** Defendant(s) Respondent(s)

Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF: **NEW YORK** ss.: **RICHARD BLUM**

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at **1183 YONKERS AVE YONKERS N.Y. 10704**

On **10/10/07** at **11:40 A.M.**, at

deponent served the within [X] summons [X] with notice ___ summons, Spanish summons and complaint, the language
___ summons and complaint ___ notice of petition and petition required by NYCRR 2900.2(e), (f) & (h) was set forth on
___ subpoena duces tecum ___ subpoena on the face of the summons(es)
___ citation

on **MACK JATHNO (SONOMA CALIFORNIA CAFE)**    ___ defendant  ___ witness  ( hereinafter called ) therein
                                                 [X] respondent                ( the recipient ) named

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof.

**SUITABLE AGE PERSON 3.** [X] by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [X] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** [ ] Deponent talked to _____ at said premises who stated that recipient [ ] lived [ ] worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** [X]
[X] Male   [X] White Skin   [X] Black Hair   [X] White Hair   ___ 14-20 Yrs.   ___ Under 5'   ___ Under 100 Lbs.
___ Female ___ Black Skin  ___ Brown Hair   ___ Balding     ___ 21-35 Yrs.   ___ 5'0"-5'3"  ___ 100-130 Lbs.
           ___ Yellow Skin ___ Blonde Hair  ___ Mustache    ___ 36-50 Yrs.   [X] 5'4"-5'8"  ___ 131-160 Lbs.
           ___ Brown Skin  ___ Gray Hair    ___ Beard       [X] 51-65 Yrs.   ___ 5'9"-6'0"  [X] 161-200 Lbs.
           ___ Red Skin    ___ Red Hair     ___ Glasses     ___ Over 65 Yrs. ___ Over 6'    ___ Over 200 Lbs.

Other identifying features: **D/O/B - 2/15/54.**

**WITNESS FEES** [ ] $ _____ the authorized traveling expenses ___ was paid (tendered) to the recipient and one day's witness fee: ___ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** [ ] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on **10/11/07**

**1243677**
License No.

ROBERT DAVID GOODSTEIN
Notary Public, State of New York
No. 4753034
Qualified in Westchester County
Term Expires Jan. 31, ~~199_~~ 2010

147 — Affidavit of service: multi-purpose form, 10 pt. type, 9-99

© 1999 BY Blumberg Excelsior, Inc. PUBLISHER NYC 10013
www.blumberg.com