UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...........................................................................................X

EDWIN DELPHOS

                    Plaintiff,                              Docket No. 07 CIV. 8601
                                                               Judge Karas

           -against-                                   **NOTICE OF**
                                                               **APPEARANCE**

SONOMA CALIFORNIA CAFE,

                    Defendant.
...........................................................................................X

SIRS:

      **PLEASE TAKE NOTICE**, that the undersigned hereby appears as Attorney for the

Defendant in the above-captioned matter:

Jeffrey A. Hoerter, Esq.
Attorney at Law
2644 East Main Street
Wappingers Falls, New York  12590
(845) 590-1597
Fax: (845) 440-8596

Dated: July 18, 2008
       Wappingers Falls, New York

                                             Jeffrey A. Hoerter, Esq.