AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

UNITED STATES DISTRICT COURT SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

EDWIN DELPHO,

AMENDED
SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 Civ. 8601 (KMK)(MDF)

SONOMA CALIFORNIA CAFE and
MAHMOUD A. ELSHAFEY.

TO: (Name and address of defendant)

SONOMA CALIFORNIA CAFE          Mahmoud A. Elshafey
c/o/ Mahmoud A. Elshafey         15 Butternut Lane
90 Independent Way               Hopewell Junction, New York 12533
Brewster, New York 10509

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of
Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York 10801

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. M. McMahon                                7-31-08
_____                    _____
CLERK                                        DATE

_____
(BY) DEPUTY CLERK

Ɔ 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me   DATE 8/1/08

NAME OF SERVER (PRINT) RICHARD BLUM   TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ESRA ELSHAFEY
15 Butternut Lane Hopewell Junction NY 12533   DOB 5/4/88
ID # 568 782 664

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/08
            Date        Signature of Server

P.O. Box 342 Yonkers NY 10704
Address of Server

(1) who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.